# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DARIUS ALEXANDER, and KOURTNEY FANIEL, individually, and as the natural parent and guardian of and on behalf of her minor children: Z.G.(1) and Z.G.(2),<br><br>    Plaintiff,<br><br>v.<br><br>CANAL INSURANCE COMPANY, ELS, LLC, and BENJAMIN SMITH ELS, LLC's "HIT AND RUN" DRIVER,<br><br>    Defendants. | CIVIL ACTION<br><br>1:20-cv-01020-MLB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs and Defendants Canal Insurance Company, ELS, LLC and Benjamin Smith by and through their respective counsel and hereby stipulate that this civil action shall be dismissed with prejudice and with each party to pay their own attorneys' fees and costs.

-3-

Respectfully submitted this 6th day of October 2020.

**WITHERITE LAW GROUP, LLC**

*/s/ R. Sean McEvoy*
R. Sean McEvoy
GEORGIA STATE BAR NUMBER 490918
ATTORNEY FOR PLAINTIFF

600 W. Peachtree Street, NW, Suite 740
ATLANTA, GA 30308
TELEPHONE: (470) 480-7540
FACSIMILE: (470) 480-5095
E-MAIL: SEAN.MCEVOY@WITHERITELAW.COM

**O'DANIEL McDONALD, LLC**

*/s/ Clay S. O'Daniel*
**CLAY S. O'DANIEL**
Georgia Bar No. 843070
*Attorney for Defendants Canal Insurance Company and ELS, LLC*

9040 Roswell Road
Suite 210
Atlanta, GA 30350
Telephone: (404) 419-6300
Facsimile: (404) 419-6301 (Fax)
E-Mail: codaniel@odmclaw.com

**AUSTIN & SPARKS, PC**

*/s/ John B. Austin*
**JOHN B. AUSTIN**
Georgia Bar No. 028814
*Attorney for Defendant Benjamin Smith*

2974 Lookout Place
Suite 200
Atlanta, GA 30305
Telephone: (404) 869-0100
Facsimile: (404) 869-0200 (Fax)
E-Mail: JAustin@austinsparks.com

## CERTIFICATE OF COMPLIANCE WITH N.D.GA. LOCAL RULE 5.1B

This is to certify that this pleading was created in Times New Roman 14-point font in accordance with Northern District of Georgia Local Rule 5.1B.

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed **Stipulation of Dismissal With Prejudice** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Clay S. O'Daniel
O'DANIEL McDONALD, LLC
9040 Roswell Road
Suite 210
Atlanta, GA 30350

John B. Austin
AUSTIN & SPARKS, PC
2974 Lookout Place
Suite 200
Atlanta, GA 30305

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

Done this this 6th day of October 2020.

                                                          */s/ R. Sean McEvoy*
                                                        R. Sean McEvoy
                                                        GEORGIA STATE BAR NUMBER 490918
                                                        ATTORNEY FOR PLAINTIFFS